PER CURIAM.
Affirmed. See Tisdol v. State, 794 So.2d 576 (Fla.2001); State v. King, 426 So.2d 12 (Fla.1982); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Jackson v. State, 737 So.2d 1089 (Fla. 2d DCA 1999) (table decision); Jackson v. State, 728 So.2d 219 (Fla. 2d DCA 1998) (table decision); Lee v. State, 666 So.2d 209 (Fla. 2d DCA 1995); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Dupree v. State, 708 So.2d 968 (Fla. 1st DCA 1998); McMillan v. State, 701 So.2d 1214 (Fla. 3d DCA 1997).
KELLY, VILLANTI, and LaROSE, JJ., Concur.